Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28078−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Erik M Pabon
  325 Fairview Avenue
  Hammonton, NJ 08037

Social Security No.:
  xxx−xx−7391

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/9/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 9, 2020
JAN: bc

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-28078-ABA
Erik M Pabon                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Jul 09, 2020
                              Form ID: 148             Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2020.
```
db              +Erik M Pabon,    325 Fairview Avenue,    Hammonton, NJ 08037-1901
518490608       +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
518593150        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518472977       +Comenitycapital/mesa,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518526108       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
518565437       +Midland Funding LLC,    PO Box 2037,    Warren, MI 48090-2037
518472988       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518488228       +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    Shapiro & DeNardo, LLC,    14000 Commerce Parkway,
                  Suite B,    Mount Laurel, NJ 08054-2242
518548771       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attn: Bankruptcy Department,    PO Box 619096,
                  Dallas TX 75261-9096
518531550       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619094,
                  Dallas, TX 75261-9094
518517685      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518472996       +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7  601 Penn St,
                  Reading, PA 19601-3544
518594106       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
518556090       +Specialized Loan Servicing, LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518472997       +Specialized Loan Servicing/SLS,    Attn:  Bankruptcy Dept,    8742 Lucent Blvd #300,
                  Highlands Ranch, CO 80129-2386
518472999       +Sun National Bank,    226 Landis Av,    Vineland, NJ 08360-8142
518473018        Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                  Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 23:31:25      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518472960       +EDI: GMACFS.COM Jul 10 2020 02:58:00      Ally Financial,    Attn: Bankruptcy Dept,
                  Po Box 380901,    Bloomington, MN 55438-0901
518576715        EDI: GMACFS.COM Jul 10 2020 02:58:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
518472959       +EDI: GMACFS.COM Jul 10 2020 02:58:00      Ally Financial,    200 Renaissance Ctr # B0,
                  Detroit, MI 48243-1300
518472961       +EDI: PHINAMERI.COM Jul 10 2020 02:58:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                  Po Box 183853,    Arlington, TX 76096-3853
518565768       +EDI: ATLASACQU.COM Jul 10 2020 02:58:00      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
518472962        EDI: BANKAMER.COM Jul 10 2020 02:58:00      Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998
518472963       +EDI: TSYS2.COM Jul 10 2020 02:58:00      Barclays Bank Delaware,    Attn: Correspondence,
                  Po Box 8801,    Wilmington, DE 19899-8801
518472969        EDI: CITICORP.COM Jul 10 2020 02:58:00      CBNA/Home Depot,
                  Citi Cards Private Label Bankruptcy,    Po Box 20483,    Kansas City, MO 64195
518472965       +EDI: CAPITALONE.COM Jul 10 2020 02:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
518488915       +EDI: AIS.COM Jul 10 2020 02:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518557194        EDI: BL-BECKET.COM Jul 10 2020 02:58:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
518472968       +EDI: CAPITALONE.COM Jul 10 2020 02:58:00      Capital One/Best Buy,    Attn: Bankruptcy,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
518472972       +EDI: CITICORP.COM Jul 10 2020 02:58:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                  Po Box 790034,    St Louis, MO 63179-0034
518472973       +EDI: WFNNB.COM Jul 10 2020 02:58:00      Comenity Bank/Express,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
518472974       +EDI: WFNNB.COM Jul 10 2020 02:58:00      Comenity Bank/PacSun,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
518472975       +EDI: WFNNB.COM Jul 10 2020 02:58:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
518472976       +EDI: WFNNB.COM Jul 10 2020 02:58:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
518472978       +EDI: TSYS2.COM Jul 10 2020 02:58:00      Deptartment Store National Bank/Macy's,
                  Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
```

```
District/off: 0312-1          User: admin                    Page 2 of 3                   Date Rcvd: Jul 09, 2020
                              Form ID: 148                   Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518472980      +EDI: IIC9.COM Jul 10 2020 02:58:00      I.C. System, Inc.,    444 Highway 96 East,    Po Box 64378,
                 St. Paul, MN 55164-0378
518472981       EDI: IRS.COM Jul 10 2020 02:58:00      Internal Revenue Service,    Department of the Treasury,
                 P.O. Box 9019,    Holtsville, NY 11742-9019
518472970       EDI: JPMORGANCHASE Jul 10 2020 02:58:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
518472982      +E-mail/Text: bncnotices@becket-lee.com Jul 09 2020 23:30:45       Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518506947       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 23:38:20       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518472983      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 23:38:17
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518472984      +EDI: MID8.COM Jul 10 2020 02:58:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518575118      +EDI: MID8.COM Jul 10 2020 02:58:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518472990       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
518588038       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o Barclays Bank Delaware,    POB 41067,    Norfolk VA 23541
518552183       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,    c/o Boscov’s,
                 POB 41067,    Norfolk VA 23541
518551861       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518552111       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o Comenity Capital Bank,    POB 41067,    Norfolk VA 23541
518551810       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
                 POB 41067,    Norfolk VA 23541
518553241       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,    c/o Pacific Sunwear,
                 POB 41067,    Norfolk VA 23541
518551859       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,
                 POB 41067,    Norfolk VA 23541
518552167       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,    c/o Tjx,
                 POB 41067,    Norfolk VA 23541
518553237       EDI: PRA.COM Jul 10 2020 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
518473001      +EDI: RMSC.COM Jul 10 2020 02:58:00      Syncb/Gap,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
518473004      +EDI: RMSC.COM Jul 10 2020 02:58:00      Syncb/Phillips 66,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
518473002      +EDI: RMSC.COM Jul 10 2020 02:58:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
518473005      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
518473006      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518473007      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/American Eagle,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518473008      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518473011      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518473012      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518473013      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518473014      +EDI: RMSC.COM Jul 10 2020 02:58:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518526555      +E-mail/Text: bncmail@w-legal.com Jul 09 2020 23:31:32       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518473015      +EDI: WTRRNBANK.COM Jul 10 2020 02:58:00      Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
518473016      +EDI: WFFC.COM Jul 10 2020 02:58:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 52

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518472964*     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518472966*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518472967*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518472979*     +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518493904*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
518472971*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:   Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850)
518472985*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 09, 2020
                              Form ID: 148             Total Noticed: 69


             ***** BYPASSED RECIPIENTS (continued) *****
518472986*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518472987*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518472989*       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518472991*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                    Norfold, VA 23502)
518472992*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                    Norfold, VA 23502)
518472993*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                    Norfold, VA 23502)
518472994*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                    Norfold, VA 23502)
518472995*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                    Norfold, VA 23502)
518472998*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                    TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 245,
                    Trenton, NJ 08695)
518473000*       +Sun National Bank,    226 Landis Av,    Vineland, NJ 08360-8142
518473003*       +Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518473009*       +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518473010*       +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518473017*       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTALS: 0, * 21, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Erik M Pabon andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Debtor Erik M Pabon dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ewassall@logs.com,  njbankruptcynotifications@logs.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeffrey Rappaport    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               jrappaport@logs.com,  njbankruptcynotifications@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```